IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION
Civil Action No.: 6:23-cv-01967-HMH-JDA

| | |
|---|---|
| ASHTON THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ECI MANAGEMENT LLC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff stipulates to the dismissal with prejudice of all claims asserted in this action.

This the 11th day of May 2023.

*/s/ Sean F. Herrmann*
Sean F. Herrmann
South Carolina Bar No. 100940
FID 12346
Herrmann & Murphy, PLLC
220 North Main Street
Suite 500
Greenville, South Carolina 29601
Phone: 864-516-7526
Fax: 704-940-6407
Email: sean@herrmannmurphy.com

*Attorney for Plaintiff*